UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA EUGENIA COCOM,
Plaintiff,

-against-

AMS CAFE, INC. and MARDIL A LINARES,
Defendants.

26-CV-4485 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 19, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 7, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge